# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEY INSURANCE COMPANY,

       Plaintiff

vs.

STACY TAYLOR, individually and on behalf of ELIJAH SHELBY, a minor, *et al.*,

       Defendants.

Case No. 2:15-cv-02388-JAD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on December 16, 2015. Defendant Unite Here Health filed its Answer (#11) on January 12, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 14, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 3rd day of March, 2016.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge