# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEY INSURANCE COMPANY,<br><br>          Plaintiff<br><br>vs.<br><br>STACY TAYLOR, individually and on behalf of ELIJAH SHELBY, a minor, *et al.*,<br><br>          Defendants. | Case No. 2:15-cv-02388-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Discovery Plan and Scheduling Order (ECF No. 19) filed March 15, 2016, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than September 3, 2016. On September 14, 2016, the Court instructed the parties to file a joint pretrial order no later than September 21, 2016. ECF No. 20. On September 21, 2016, the parties filed a joint status report (ECF No. 21) in lieu of a joint pretrial order informing the Court that a stipulation to dismiss had been circulated among the parties and that they were awaiting two final signatures from pro per parties. The parties represented that they anticipated receiving final signatures and filing their final stipulation to dismiss within fifteen (15) days. To date, the parties have not filed a stipulation to dismiss. Accordingly,

**IT IS ORDERED** that counsel for the parties shall file a joint status report regarding their stipulation to dismiss no later than **November 14, 2016**.

DATED this 4th day of November, 2016.

                                                        GEORGE FOLEY, JR.<br>
                                                        United States Magistrate Judge