**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (6375)
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
*Attorneys for UNITE HERE HEALTH*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STACY TAYLOR, et al.,<br><br>Defendants. | Case: 2:15-cv-02388-RFB-GWF<br><br>STIPULATION AND ORDER TO DISMISS CASE<br><br>ECF No. 24 |

Defendants STACY TAYLOR, individually and on behalf of ELIJAH SHELBY, a minor; UNIVERSITY MEDICAL CENTER; and UNITE HERE HEALTH, each acting through their respective counsel, and Defendants JULIO DAVILA, individually and on behalf of JAMEIR DAVILA, a minor; and GLOYDEAN WARREN, each appearing in proper person, hereby stipulate, agree, and request this Court's Order as follows: As directed by the Court in its March 3, 2016 Minute Order (ECF No. 16) the Parties successfully sought relief in State Court, and the interpleader funds previously deposited with the Clerk of the State Court have been distributed to the Parties pursuant to a separate stipulation. All claims asserted in this Case have been resolved, and the Parties now agree and request this Court's Order dismissing the Case.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: September, ____, 2016 | CHRISTENSEN JAMES & MARTIN |
| 2 | | By:_____ |
| 3 | | Daryl E. Martin (Bar No. 6735) |
| | | 7440 W. Sahara Ave. |
| 4 | | Las Vegas, NV 89117 |
| | | *Attorneys for Defendant* |
| 5 | | *UNITE HERE HEALTH* |
| 6 | DATED: September, ____, 2016 | By:_____ |
| 7 | | Julio Davila, in proper person |
| | | 3240 Las Vegas Blvd. North, #142 |
| 8 | | Las Vegas, NV 89115-1539 |
| 9 | DATED: September, ____, 2016 | WEISS & CHRISTENSEN |
| 10 | | By:___*James G. Christensen*___ |
| | | James G. Christensen (Bar No. 5252) |
| 11 | | 2300 W. Sahara Ave., Ste. 420, Box 34 |
| | | Las Vegas, NV 89102 |
| 12 | | *Attorneys for Stacy Taylor* |
| 13 | DATED: September, 15th, 2016 | CLARK COUNTY DISTRICT ATTORNEY |
| 14 | | By:_____ |
| 15 | | Tim Baldwin (Bar No. 11048) |
| | | Deputy District Attorney |
| 16 | | 500 S. Grand Central Pkwy., Ste. 5075 |
| | | P.O. Box 552215 |
| 17 | | Las Vegas, NV 89155-2215 |
| | | *Attorneys for University Medical Center* |
| 18 | | |
| 19 | DATED: September, ____, 2016 | By:_____ |
| | | Gloydean Warren, in proper person |
| 20 | | 515 N. Lamb Blvd., #5 |
| | | Las Vegas, NV 89110 |

## ORDER

IT IS SO ORDERED. CASE DISMISSED.

Dated:

_____
UNTED STATES DISTRICT JUDGE

-2-

| | | |
|---|---|---|
| 1 | DATED: September, ____, 2016 | CHRISTENSEN JAMES & MARTIN |
| 2 | | By: /s/ Daryl Martin |
| 3 | | Daryl E. Martin (Bar No. 6735) |
| | | 7440 W. Sahara Ave. |
| 4 | | Las Vegas, NV 89117 |
| 5 | | Attorneys for Defendant |
| | | UNITE HERE HEALTH |
| 6 | DATED: September, ____, 2016 | By: No Response |
| 7 | | Julio Davila, in proper person |
| | | 3240 Las Vegas Blvd. North, #142 |
| 8 | | Las Vegas, NV 89115-1539 |
| 9 | DATED: September, ____, 2016 | WEISS & CHRISTENSEN |
| 10 | | By: /s/ James G. Christensen |
| | | James G. Christensen (Bar No. 5252) |
| 11 | | 2300 W. Sahara Ave., Ste. 420, Box 34 |
| | | Las Vegas, NV 89102 |
| 12 | | Attorneys for Stacy Taylor |
| 13 | DATED: September, ____, 2016 | CLARK COUNTY DISTRICT ATTORNEY |
| 14 | | By: |
| 15 | | Tim Baldwin (Bar No. 11048) |
| | | Deputy District Attorney |
| 16 | | 500 S. Grand Central Pkwy., Ste. 5075 |
| | | P.O. Box 552215 |
| 17 | | Las Vegas, NV 89155-2215 |
| 18 | | Attorneys for University Medical Center |
| 19 | DATED: September, ____, 2016 | By: No Response |
| | | Gloydean Warren, in proper person |
| 20 | | 515 N. Lamb Blvd., #5 |
| 21 | | Las Vegas, NV 89110 |

### ORDER

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____ 2-27-17
UNITED STATES DISTRICT JUDGE

-2-